IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


CHARLES JEFFERY WALKER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D23-0866
LT Case No. 2022-311437-MMDB

_____/

Decision filed July 11, 2023

Appeal from Circuit Court
for Volusia County,
Brian A. Feigenbaum, Judge.

Matthew J. Metz, Public Defender, and
Ali L. Hansen, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

MAKAR, LAMBERT and SOUD, JJ., concur.